### 98–381. Toledo Bar Assn. v. Zerner.

On November 25, 1998, this court suspended respondent, Richard E. Zerner, Attorney Registration No. 0005274, last known business address in Toledo, Ohio, for a period of two years. On January 26, 1999, relator, Toledo Bar Association, filed a motion requesting this court to issue an order directing respondent to appear and show cause why he should not be held in contempt for failing to obey this court's November 25, 1998 order. On March 31, 1999, this court granted relator's motion and ordered respondent to file a written response to the motion. On April 19, 1999, respondent filed a response to the show cause order. Upon consideration thereof,

IT IS ORDERED by this court that this court's March 31, 1999 order be, and hereby is, dismissed.

COOK, J., dissents, would find respondent in contempt, and would impose a fine and costs.

RESNICK, J., not participating.

### 98–725. Disciplinary Counsel v. Jacob.

On April 15, 1998, relator, Disciplinary Counsel, filed with this court a certified copy of an order of the Supreme Court of Kentucky entered September 4, 1997, in *Kentucky Bar Association v. Richard K. Jacob*, case No. 96–SC–1097–KB, suspending respondent, Richard K. Jacob, a.k.a. Richard Kenneth Jacob, for thirty days. On April 24, 1998, this court ordered respondent to show cause why identical or comparable discipline should not be imposed in this state. On May 22, 1998, respondent filed a response to the show cause order, and on June 3, 1998, relator filed an answer brief. On June 17, 1998, respondent filed a motion to strike relator's answer brief, and on June 25, 1998, relator filed a brief in opposition to respondent's motion. On November 3, 1998, this court denied respondent's motion to strike and, pursuant to Gov.Bar R. V(11)(F)(4), suspended respondent, Richard K. Jacob, a.k.a. Richard Kenneth Jacob, from the practice of law in Ohio until such time as he is reinstated to the practice of law in the state of Kentucky. On November 12, 1998, respondent filed a motion for reconsideration. On March 25, 1999, this court granted respondent's motion for reconsideration and ordered that respondent would be reinstated to the practice of law in Ohio upon his filing of and this court's acceptance of an affidavit in which he averred that he has no legal impediment to being readmitted to the bar of Kentucky but that he does not intend to apply for readmission to the bar of Kentucky and in which he stated his reasons for not seeking readmission to the bar of Kentucky. On April 5, 1999, respondent filed an affidavit with this court. Upon consideration thereof,

IT IS ORDERED by the court that respondent's affidavit be, and is, hereby accepted. It is further ordered that respondent, Richard K. Jacob, a.k.a. Richard Kenneth Jacob, Attorney Registration No. 0008991, last known business address in Shaker Heights, Ohio, is hereby reinstated to the practice of law in Ohio.

*Thursday, May 20, 1999*

## MOTION DOCKET

### 97–737. State v. Coleman.

Clark C.P. No. 96CR0142. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Clark County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.